AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Mack Al Green

V.

United States District Court

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-857 JRT/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's Federal Petition for Writ of Habeas Corpus is summarily dismissed.

November 12, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Shirley Hansen, Deputy Clerk

K:\XFR\firns\civil\Cklist.frm

Modified:10/27/02