**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

MACK AL GREEN,

Petitioner,

v.

UNITED STATES DISTRICT COURT,

Respondent.

Civil No. 02-857 (JRT/FLN)

**ORDER**

---

Mack Al Green, 7331 Nicollet Avenue South, Richfield, MN 55423, petitioner *pro se*.

Jeffrey S. Paulsen, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for respondent.

On April 23, 2002, petitioner Mack Al Green ("Green") filed a motion for a writ of habeas corpus under 28 U.S.C. § 2241. On November 12, 2002, the Court determined that Green's petition was in fact a petition to vacate, correct or set aside his sentence, and should have been filed under § 2255. Because Green had already filed a § 2255 petition and had not received permission to file another, the Court summarily dismissed Green's § 2241 petition pursuant to the Rules Governing Section 2254 Cases. *See Green v. U.S. Dist. Ct.*, Civ. No. 02-857, 2002 WL 31548086 at *2 (D. Minn. Nov. 12, 2002). Green has now filed an application to proceed *in forma pauperis* on appeal.

FILED MAR 31 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Section 1915 of Title 28 to the United States Code governs this Court's *in forma pauperis* determination. To grant this status, the Court must find that Green cannot pay the required filing fee, and that the appeal is taken in good faith. 28 U.S.C. § 1915(a).

The Court has reviewed Green's application and concludes that he is unable to pay the required filing fee. Green, who is no longer incarcerated, certifies that his last employment was at the Federal Correctional Institution-Waseca, and paid twelve cents per hour.

Although the Court remains fully satisfied that petitioner's habeas corpus petition was properly dismissed, the Court is not prepared to rule that petitioner's appeal in this matter is legally "frivolous," as that term has been defined by the Supreme Court. Therefore, the Court concludes that petitioner's appeal is taken in "good faith" for purposes 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), and that his application for IFP status on appeal should be granted.

Based on these findings and all of the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that Green's application to proceed *in forma pauperis* on appeal [Docket No. 9] is **GRANTED**.

DATED: March 31, 2003
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge