# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1391

Mack Al Green, * CV02-857 JRT/JMM

Appellant, *

v. * Appeal from the United States District Court for the District of Minnesota

United States District Court, *

Appellee. *

### JUDGMENT

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is affirmed. See Eighth Circuit Rule 47A(a).

(5361-010199)

June 4, 2003

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

11

FILED 8.4.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM